Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTON MCEWAN,<br><br>      Plaintiff,<br><br>v.<br><br>PARADIGM ASSETS RECOVERY LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>      Defendants. | Case No.: 8:23-cv-01630-FWS-AJR<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

     Respectfully submitted December 27, 2023.

                              /s/ Garrett Charity

McEwan v. Paradigm Assets, et al.          1          NOTICE OF SETTLEMENT

Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Garrett Charity*